# IN THE SUPREME COURT OF THE STATE OF NEVADA

ARBOR COMPANY, A CALIFORNIA LIMITED PARTNERSHIP; ARBOR COMPANY, A NEVADA LIMITED PARTNERSHIP; DARRELL JAMES GUZY, SR.; AND MARCIA O. GUZY,
     Appellants,

vs.

MARY ANN GUZY; AND MARK GUZY,
     Respondents.

No. 69371

**FILED**

APR 26 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY: _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Nathan Tod Young, District Judge
  Lansford Levitt, Settlement Judge
  Bowen Hall
  Guardian Law Group
  Heritage Law Group, PC
  Lemons, Grundy & Eisenberg
  Van Tassel Law Firm
  Douglas County Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-13111